```
                                    FILED
                                    SEP 2 5 2007
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> MICHAEL P. HOLLINS, ) <br> Defendant. ) | No. CR-06-489-SBA <br><br> ORDER OF DISMISSAL |

Upon the application of the United States for leave of the Court to dismiss the indictment filed herein on July 13, 2006, without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Indictment is dismissed, without prejudice.

Dated: 9/25/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

ORDER OF DISMISSAL